UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION
-------------------------------------------------------x
In re:

ALAN G. FRIEDBERG,

                           Debtor.
-------------------------------------------------------x

CHAPTER 7

CASE NO. 08-35875(CGM)

## NOTICE OF PRESENTMENT OF ORDER EXTENDING TIME TO FILE COMPLAINT

**PLEASE TAKE NOTICE** that upon the application of THOMAS GENOVA, TRUSTEE, will present for signature pursuant to the Local Bankruptcy Rules for the Southern District of New York to the HONORABLE CECELIA G. MORRIS, Bankruptcy Judge, the annexed Order on the **28**th day of **July, 2008** at **12:00 p.m.**;

        **PLEASE TAKE FURTHER NOTICE** that any objections to the Order must be made in writing and received in the Bankruptcy Judge's Chambers and by the undersigned no later than 12:00 noon on said date, in default of which the Order may be signed.

Dated: Wappingers Falls, New York
       July 11, 2007

                                         Thomas Genova, Trustee

                            By:   /s/Thomas Genova
                                THOMAS GENOVA, (TG4706)
                                Hampton Business Center
                                1136 Route 9
                                Wappingers Falls, NY 12590
                                (845) 298-1600

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION
-------------------------------------------------------x
In re:

ALAN G. FRIEDBERG,

      Debtor.
-------------------------------------------------------x

CHAPTER 7

CASE NO. 08-35875(CGM)

**MOTION UNDER BANKRUPTCY RULE 4004(b)**
**EXTENDING THE TIME FOR FILING A**
**COMPLAINT OBJECTING TO DISCHARGE**

**TO THE HONORABLE CECELIA G. MORRIS, U.S. BANKRUPTCY JUDGE:**

  The application of the Chapter 7 Trustee, THOMAS GENOVA (the "Movant"), respectfully alleges:

  1. On April 27, 2008, the above-captioned debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code.

  2. Your applicant was appointed as Chapter 7 Trustee.

  3. §341 Meetings of Creditors were held on May 28, 2008 and June 19, 2008. The last day for the Trustee to file an objection to discharge is July 28, 2008.

  4. Upon review of documentation received from the debtor, it appears that additional investigation of the financial affairs of the debtor is warranted.

  5. In order that this matter may continue without the necessity of commencing a premature adversary proceeding, it is respectfully requested that the Court extend the time of the Movant to file a complaint objecting to the discharge pursuant to 11 U.S.C. §727 to September 29, 2008.

6. Based upon the foregoing, cause exists for extending the last day to file a complaint objecting to the debtor s discharge.

7. No previous application has been made for the relief sought herein.

**WHEREFORE,** it is respectfully requested that the Court extend the time of THOMAS GENOVA, the Movant, to file a complaint objecting to discharge pursuant to 11 U.S.C. §727 to September 29, 2008, together with such other and further relief as to the Court may seem just and proper.

Dated:  Wappingers Falls, New York
        July 11, 2008

                              By: /s/Thomas Genova
                              THOMAS GENOVA, TRUSTEE

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION
--------------------------------------------------------x
In re:

ALAN G. FRIEDBERG,

                  Debtor.

--------------------------------------------------------x

CHAPTER 7

CASE NO. 08-35875(CGM)

## ORDER EXTENDING TIME TO FILE COMPLAINT

          Upon the Motion of THOMAS GENOVA, Chapter 7 Trustee herein, by Motion dated July 11, 2008, and good cause therefore appearing, and upon due notice to the debtor's attorney, and no opposition thereto, it is, pursuant to F.R.C.P. 4004(b),

      **ORDERED,** that the Trustee's time for the filing of complaint objecting to the discharge of the debtor is hereby extended to September 29, 2008.

Dated: Poughkeepsie, New York

                                                  _____
                                                  **U.S. BANKRUPTCY JUDGE**