DEILY, MOONEY & GLASTETTER, LLP
8 Thurlow Terrace
Albany, New York 12203
(518) 436-0344
Martin A. Mooney, Esq. (MM 8333)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re:                                          Case No.:     08-35875-CGM

    ALAN G. FRIEDBERG,                    (Chapter 7)

           Debtor.

---

## ORDER TERMINATING AUTOMATIC STAY BY DEFAULT

Upon the unopposed motion of Chase Manhattan Bank dated January 6, 2009 seeking relief from automatic stay, and after preliminary hearing on February 3, 2009, it is

**ORDERED**, that the automatic stay instituted upon filing of the within bankruptcy case is hereby terminated pursuant to 11 U.S.C. §362(d)(1) as to movant's lien interest in the property described as: **2003 Land Rover Range Rover (V.I.N. SALME114X3A132152)**, and *it is further*

*ORDERED, that* movant shall account to this estate for any surplus proceeds realized after sale.

DATED:    Poughkeepsie, New York
             February 17, 2009

                                       */s/ Cecelia G. Morris*
                                       Hon. Cecelia G. Morris
                                       United States Bankruptcy Judge
                                       Southern District of New York